April 27, 2022

United States District Court
Southern District of Indiana
Terre Haute Division

RE: Filing of Civil Rights Complaint

Dear Clerk of Court,

Please find enclosed:
1. A Civil Rights Complaint [§ 1983]

Plaintiff wishes to proceed In Forma Pauperis. Please contact me by letter, phone, or email, regarding any necessary forms or to set up a payment plan for filing fees.

Thank you.
Sincerely,
Cody Kuhn

Address: 739 1st Street
Shelbyville, IN. 46176
Phone: (463) 218-2244
email: CFASS94@Gmail.com

1.