UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| CODY KUHN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00183-MPB-MKK |
| | ) | |
| JERRY SNYDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

The Magistrate Judge has submitted her Report and Recommendation, dkt. [45], recommending that the complaint be DISMISSED WITHOUT PREJUDICE. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

Judgment consistent with this Order shall now issue.

**IT IS SO ORDERED.**

Dated: June 15, 2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

CODY KUHN
739 1st Street
Shelbyville, IN 46176

Matthew Thomas Ciulla
MACGILL PC
matthew.ciulla@macgilllaw.com

Gustavo Angel Jimenez
INDIANA ATTORNEY GENERAL
gustavo.jimenez@atg.in.gov

Robert D. MacGill
MACGILL PC
robert.macgill@macgilllaw.com